1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   RELAUN DEADMON,                      Civil No.    06cv1003-BTM (POR)

11                         Plaintiff,     **ORDER SCHEDULING CASE
                                          MANAGEMENT CONFERENCE**
12                 v.

13   N. GRANNIS, et al.,

14                        Defendants.

15          Plaintiff Relaun Deadmon is a state prisoner proceeding *in propria persona* on a complaint

16   for violation of his civil rights pursuant to 42 U.S.C. § 1983.  On February 16, 2007, Defendants

17   filed an answer to Plaintiff's Complaint.  The Court has only recently learned an answer was filed in

18   this case, and therefore, pursuant to Civil Local Rule 16.1, IT IS HEREBY ORDERED:

19          1.     An Early Neutral Evaluation Conference is inappropriate at this time.  A Case

20                 Management Conference shall be held on **August 6, 2007**, at **1:30 p.m.**  Counsel for

21                 Defendants shall be present in chambers.

22          2.     Counsel for Defendants shall make arrangements with the institution for Plaintiff to

23                 appear telephonically.  The Court authorizes Plaintiff to call into Judge Porter's

24                 chambers at **1:30 p.m.** on the day of the conference.  Plaintiff shall call chambers at

25                 (619) 557-5383.

26   DATED: July 31, 2007

27                                        _____

28                                        LOUISA S PORTER
                                          United States Magistrate Judge
     cc:    The Honorable Barry T. Moskowitz
            All parties